# Court of Appeals
# of the State of Georgia

ATLANTA,  May 23, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1595. WILLIAM J. HENDERSON v. THE STATE.**

In 2000, William J. Henderson pled guilty to murder and other charges and was sentenced to life imprisonment. The Supreme Court affirmed the trial court's denial of his motion for an out-of-time appeal. *Henderson v. State*, 293 Ga. 6 (743 SE2d 19) (2013). In 2018, Henderson filed a "motion to correct an illegally imposed sentence," which the trial court denied. Henderson then filed this direct appeal.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death can be imposed for the crime of murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (a), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder").

Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
         *Clerk's Office,*
*Atlanta,* __05/23/2018_____
         *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
         *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*